PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBBINS COMPANY, | ) | |
| | ) | CASE NO. 5:13cv2113 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| HERRENKNECHT TUNNELLING SYSTEMS USA, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

Having resolved all motions, claims and counterclaims in the instant case, the Court hereby terminates the case.

IT IS SO ORDERED.

May 29, 2015
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge